IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| L. RICHARD GRUBIC,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant | Civil No. 3:09-CV-5432-BHS-KLS<br><br><br>ORDER FOR EXTENSION OF TIME TO FILE AN ANSWER |
|---|---|

Based on Defendant's Motion, and that Plaintiff has no opposition, it is hereby

ORDERED that the Answer Due Date shall be amended as follows:

- Defendant shall have up to and including October 30, 2009, to file Defendant's Answer.

DATED this 6th day of October 2009.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ KATHRYN A. MILLER   WSB # 21979

Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Suite 2900  M/S 901
Seattle, WA  98104-7075
Tel.: (206) 615-2240
Fax: (206) 615-2531
kathryn.a.miller@ssa.gov