# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| L. RICHARD GRUBIC,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:09-CV-5432-BHS-KLS<br><br><br>ORDER OF REMAND |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's applications for disability benefits under Title II of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for a *de novo* hearing and new decision pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the ALJ will re-evaluate Plaintiff's ability to do past relevant work on or prior to December 31, 2004, and the ALJ and Plaintiff shall have the opportunity to raise and pursue additional issues, including any discussed in Plaintiff's brief. If it is found that Plaintiff could not perform any of his past work during the relevant period, a finding will be made as to whether there were significant other jobs

in the national economy which he could have performed. As necessary, evidence will be obtained from a vocational expert to assist in making these findings.

DATED this 5th day of January, 2010.

BENJAMIN H. SETTLE
United States District Judge

Recommended for Entry:

s/Karen L. Strombom
UNITED STATES MAGISTRATE JUDGE

Presented By:

s/ Stephanie R. Martz
STEPHANIE R. MARTZ    WSB #28636
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone: (206) 615-2272
FAX: (206) 615-2531
stephanie.martz@ssa.gov