UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| L. RICHARD GRUBIC, | Civil No. 3:09-CV-5432-BHS-KLS |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

It is hereby ORDERED and ADJUDGED that the above-captioned case be reversed and remanded for further administrative proceedings consistent with this Court's Order dated January 5, 2010.

DATED this 5th day of January, 2010.

BENJAMIN H. SETTLE
United States District Judge